```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 47969
   ROOSEVELT DOUGLAS
   SYLVIA DOUGLAS                           CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-9539      SSN XXX-XX-9607


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/30/2004 and was confirmed 03/09/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  40.81% from remaining funds.

    The case was paid in full 01/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
LORD & TAYLOR              UNSECURED OTH     187.90           .00          76.72
HARLEM FURNITURE           SECURED              .00           .00            .00
HARLEM FURNITURE           UNSECURED         3832.29          .00         1563.96
HARLEM FURNITURE           NOTICE ONLY     NOT FILED          .00            .00
WASHINGTON MUTUAL          CURRENT MORTG       .00            .00            .00
RESURGENT ACQUISITION LL   UNSECURED          490.83          .00          200.31
CAPITAL ONE                UNSECURED       NOT FILED          .00            .00
CB & T                     UNSECURED       NOT FILED          .00            .00
SEARS ROEBUCK & CO         UNSECURED       NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED         3881.82          .00         1584.17
CITICORP RETAIL SERVICES   UNSECURED       NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED         4074.02          .00         1662.61
DISCOVER FINANCIAL SERVI   UNSECURED         7393.92          .00         3017.46
ECAST SETTLEMENT CORP      UNSECURED         1369.42          .00          558.86
ECAST SETTLEMENT CORP      UNSECURED         1873.99          .00          764.78
ECAST SETTLEMENT CORP      UNSECURED         2044.25          .00          834.26
SMC                        UNSECURED          993.98          .00          405.64
ECAST SETTLEMENT CORP      UNSECURED          560.55          .00          228.76
ECAST SETTLEMENT CORP      UNSECURED          914.03          .00          373.02
VALUE CITY                 NOTICE ONLY     NOT FILED          .00            .00
LINENS & THINGS            UNSECURED       NOT FILED          .00            .00
MARSHALL FIELDS            UNSECURED          281.56          .00          114.90
OLD NAVY                   UNSECURED       NOT FILED          .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          135.34          .00           55.23
Q CARD                     UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          862.15          .00          351.84
WALMART                    UNSECURED       NOT FILED          .00            .00
WASHINGTON MUTUAL FINANC   UNSECURED       NOT FILED          .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          272.53          .00          111.22
WORLD FINANCIAL NETWORK    UNSECURED          110.07          .00           44.92
CHADWICKS                  UNSECURED       NOT FILED          .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          320.77          .00          130.91

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 47969 ROOSEVELT DOUGLAS & SYLVIA DOUGLAS
```

```
WASHINGTON MUTUAL         MORTGAGE ARRE      81.96              .00          81.96
ECAST SETTLEMENT CORP     SECURED NOT I     650.00              .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY     2,294.00                         2,294.00
TOM VAUGHN                TRUSTEE                                            844.47
DEBTOR REFUND             REFUND                                             139.50

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 15,439.50

PRIORITY                                              .00
SECURED                                             81.96
UNSECURED                                       12,079.57
ADMINISTRATIVE                                   2,294.00
TRUSTEE COMPENSATION                               844.47
DEBTOR REFUND                                      139.50
                        ---------------    ---------------
TOTALS                  15,439.50                15,439.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/24/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 04 B 47969 ROOSEVELT DOUGLAS & SYLVIA DOUGLAS